**EXHIBIT A**

ELECTRONICALLY FILED
2026 Jun 11 2:38 PM
074621
Sabine Parish LA - Civil
Clerk of Court

| | | |
|---|---|---|
| ERWIN "BUBBA" CARLIN JR. | * | 11TH JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS | * | DOCKET NO. 74621 |
| | * | |
| IGLOO PRODUCTS CORP. | * | PARISH OF SABINE |
| | * | |
| | * | STATE OF LOUISIANA |

## ORIGINAL PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Erwin "Bubba" Carlin Jr. who petitions the Court to award damages against Igloo Products Corporation ("IGLOO") as follows:

*PARTIES*

1. Plaintiff Erwin "Bubba" Carlin Jr. ("BUBBA") is a resident of Lafayette, Louisiana

2. Defendant Igloo Products Corp. is a corporation incorporated in the state of Delaware, with a principal place of business in Katy Texas.

*JURISDICTION AND VENUE*

3. This Court has personal jurisdiction over Igloo Products Corp. because Igloo Products Corp. has purposefully availed itself to this District's jurisdiction and authority, given Defendant's minimum contacts within this District through Defendant's extensive marketing, advertising, and sale of the Product throughout this District.[1]

4. The injury that is the result of this suit occurred at 491 Shamrock Lane in Many Louisiana, and thus Sabine Parish is the proper venue.

*STATEMENT OF FACTS*

5. On June 2, 2026, Erwin "Bubba" Carlin Jr and girlfriend Anne Derise were staying at a friend's fishing camp in Toledo Bend Louisiana, specifically at 491 Shamrock Lane in Many. Bubba was unloading his Igloo Max Cold cooler 90 quart ice-chest and it cut his left middle finger, severing it at the first knuckle.

6. Bubba was taken to a local walk-in clinic (Southstar) who said he needed to go to the local hospital Sabine Medical Center. There, he was x-rayed and administered injections and antibiotics. Bubba elected to get the surgery to his finger at his hometown hospital, so they drove home to Lafayette and brought him to Our Lady of Lourdes Regional Medical Center where orthopedist Dr. Bryce Fugarino performed unsuccessful surgery to re-attach the finger.

7. Bubba purchased the Igloo Max Cold cooler 90 quart model number 0762-A-2 Serial Number 8029343 on July 13, 2023 from Stine's Home Improvement in Broussard, Louisiana.

8. The Product is formulated, designed, manufactured, advertised, sold, and distributed by Defendant or its agents to consumers, including Plaintiff, across the United States.

[1] See Mallory v. Norfolk Southern Railway Co., 143 S.Ct. 2028, 600 U.S. 122, 216 L.Ed. 815 (2023).

ELECTRONICALLY FILED
2026 Jun 11 2:38 PM
074621
Sabine Parish LA - Civil
Clerk of Court

9. Through marketing and sale, Defendant represented that the Products are safe and effective for their intended use as a Cooler.

10. Other manufacturers formulate, produce, and sell non defective Coolers with formulations and production methods that do not cause the products to pinch consumers' fingertips against the cooler, posing fingertip amputation and crushing hazards, inherent with Defendant's Product is demonstrably avoidable.

11. Feasible alternative formulations, designs, and materials are currently available and were available to Defendant at the time the Product was formulated, designed, and manufactured.

12. At the time of his purchase, Defendant didn't notify Plaintiff and similarly situated consumers, of the Product's fingertip amputation and crushing hazard through the product labels, instructions, other packaging, advertising, or in any other manner, in violation of the state and federal law. The Igloo cooler contained a defect that made it unreasonably dangerous.

14. Plaintiff purchased the Product while lacking the knowledge that the Product could pinch consumers' fingertips against the cooler and harm those who use the Products, thus causing serious harm to those who use such Products.

15. As a result of the above losses, Plaintiff seeks damages and equitable remedies.

16. Defendant issued a recall of the Igloo cooler model involved in this incident.

17. While Plaintiff was using the cooler as intended, the defect in the cooler caused injury to Plaintiff.

18. As a result of the amputation, Plaintiff has suffered and continues to suffer severe physical pain including loss of part of the finger.

19. Plaintiff has incurred substantial medical expenses for treatment of the injury.

20. Plaintiff will require additional medical treatment in the future.

21. The amputation has caused permanent disability and disfigurement.

*CLAIMS FOR RELIEF*
*Count I - Products Liability in Violation of La. R.S. § 9:2800.51*

22. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 21 as if fully set forth herein.

23. Defendant Igloo Products Corp. is a manufacturer of the cooler that injured Plaintiff.

24. Defendant designed, manufactured, and placed the subject cooler into the stream of commerce.

25. The cooler contained a characteristic that proximately caused Plaintiff's damages.

26. The defect in the cooler directly caused the amputation of Plaintiff's finger.

27. The characteristic of the cooler made it unreasonably dangerous.

28. The cooler was unreasonably dangerous due to a construction or composition defect, or alternatively, due to a design defect, or alternatively, due to an inadequate warning.

29. Plaintiff's injury arose from a reasonably anticipated use of the cooler.

30. Plaintiff was using the cooler for its intended purpose of storing and transporting items.

31. The manner in which Plaintiff was using the cooler at the time of injury was foreseeable

ELECTRONICALLY FILED
2026 Jun 11 2:38 PM
074621
Sabine Parish LA - Civil
Clerk of Court

to Defendant.

32. As a direct and proximate result of the unreasonably dangerous condition of the cooler, Plaintiff suffered severe injuries including amputation of a finger.

33. Plaintiff has suffered damages as set forth in the Statement of Facts.

*Count II – Negligence*

34. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 33 as if fully set forth herein.

35. Defendant owed a duty of care to Plaintiff.

36. As a manufacturer of consumer products, Defendant owed a duty to design, manufacture, test, inspect, and warn consumers about its coolers in a manner that would not create unreasonable risks of harm.

37. Defendant owed a duty to exercise reasonable care in the design and manufacture of the cooler to ensure it was safe for its intended use.

38. Defendant breached its duty of care to Plaintiff.

39. Defendant was negligent in one or more of the following ways: (a) negligently designing the cooler; (b) negligently manufacturing the cooler; (c) negligently testing the cooler; (d) negligently inspecting the cooler; (e) failing to provide adequate warnings about the dangers associated with the cooler; (f) failing to recall the cooler in a timely manner; (g) continuing to sell the cooler after learning of the defect.

40. Defendant's breach of duty was a cause-in-fact of Plaintiff's injuries.

41. But for Defendant's negligence in designing, manufacturing, or warning about the cooler, Plaintiff would not have suffered the amputation.

42. Defendant's breach of duty was a proximate cause of Plaintiff's injuries.

43. The amputation of Plaintiff's finger was a reasonably foreseeable consequence of Defendant's negligence.

44. There were no intervening causes that broke the chain of causation between Defendant's negligence and Plaintiff's injury.

45. Plaintiff suffered damages as a result of Defendant's negligence.

46. Plaintiff has suffered severe physical injuries, pain and suffering, medical expenses, lost wages, loss of earning capacity, permanent disability, and mental anguish as set forth in the Statement of Facts.

47. Plaintiff has attempted amicable demand with both Igloo Products Corp and its purported insurer Sedgwick Insurance Company and both have no injury claim contact information and are actively avoiding addressing bodily injury claims.

*PRAYER FOR RELIEF*

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant as follows:

1. Compensatory damages against Igloo Products Corp. for past and future medical expenses, in an amount to be determined at trial.

2. Compensatory damages against Igloo Products Corp. for past lost wages and for future lost wages and loss of earning capacity in an amount to be determined at trial.

3. Compensatory damages against Igloo Products Corp. for past pain and future pain and suffering in an amount to be determined at trial.

4. Compensatory damages against Igloo Products Corp. for permanent disability and disfigurement in an amount to be determined at trial.

5. Compensatory damages against Igloo Products Corp. for mental anguish and emotional distress in an amount to be determined at trial.

6. Legal interest from the date of judicial demand until paid.

7. Costs of these proceedings.

8. Such other relief as the Court deems just and proper.

*JURY DEMAND*

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

GABE A. DUHON (#30482)
SEAN RABALAIS (#28410)
**GABE A. DUHON LLC**
105 Tivoli Street
PO Box 478
Abbeville, LA 70511
Tel: (337) 893-3423
Fax: (337) 893-3510
gaduhon@vermilionlawyers.com
srabalais@vermilionlawyers.com
*Attorneys for Plaintiff Erwin "Bubba" Carlin Jr.*

LONG ARM SERVICE:

Igloo Products Corp
Through their registered agent for service of process:
Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

ELECTRONICALLY FILED
2026 Jun 11 2:38 PM
074621
Sabine Parish LA - Civil
Clerk of Court

| | | |
|---|---|---|
| ERWIN "BUBBA" CARLIN JR. | * | 11TH JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS | * | DOCKET NO. 74621 |
| | * | |
| IGLOO PRODUCTS CORP. | * | PARISH OF SABINE |
| | * | |
| | * | STATE OF LOUISIANA |

**REQUEST FOR NOTICE OF HEARING AND TRIAL DATES**

Plaintiff Erwin "Bubba" Carlin Jr. requests written notice of the date of the trial and of all hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the judge or any member of the Court, as provided in the Louisiana Code of Civil Procedure, including La. C.C.P. art. 1572, La. C.C.P. art. 1913, and La. C.C.P. art. 1914.

Respectfully submitted,

GABE A. DUHON (#30482)
SEAN RABALAIS (#28410)
**GABE A. DUHON LLC**
105 Tivoli Street
PO Box 478
Abbeville, LA 70511
Tel: (337) 893-3423
Fax: (337) 893-3510
gaduhon@vermilionlawyers.com
srabalais@vermilionlawyers.com
*Attorneys for Plaintiff Erwin "Bubba" Carlin Jr.*

# *CITATION*

| | | |
|---|---|---|
| ***ERWIN CARLIN JR, BUBBA CARLIN JR*** | | ***Case: 074621*** |
| ***Versus*** | | ***Division:*** |
| ***IGLOO PRODUCTS CORP*** | | ***11th Judicial District Court*** |
| | | ***Parish of Sabine*** |
| | | ***State of Louisiana*** |

*TO: IGLOO PRODUCTS CORP*
*THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS*
*CORPORATION TRUST COMPANY*
*CORPORATION TRUST CENTER*
*1209 ORANGE ST.*
*WILMINGTON, DE 19801*

*Parish of SABINE*

*YOU ARE HEREBY CITED to comply with the demand contained in the above entitled and numbered matter, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 11TH Judicial District in the Sabine Parish Courthouse in the City of Many within Thirty (30) days after the filing in in the record of the affidavit of the individual who either:*

*a) mailed the process to you, showing that it was enclosed in an envelope properly addressed to you, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of yourself; or*

*b) actually delivered the process to you, showing the date, place and manner of delivery.*

*Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*WITNESS THE HONORABLE JUDGES of our said Court on this the 11TH day of JUNE, 2026.*

*Atty:*

*Shelly Salter*
*Clerk of Court*

*By: Deputy Clerk of Court*

[ FILED COPY ]

ELECTRONICALLY FILED
2026 Jun 26 9:01 AM
074621
Sabine Parish LA - Civil
Clerk of Court

| | |
|---|---|
| **ERWIN "BUBBA" CARLIN JR.** | * **11TH JUDICIAL DISTRICT COURT** |
| | * |
| **VERSUS** | * **DOCKET NO. 074621** |
| | * |
| **IGLOO PRODUCTS CORP.** | * **PARISH OF SABINE** |
| | * |
| | * **STATE OF LOUISIANA** |

## AFFIDAVIT OF LONG ARM SERVICE

**STATE OF LOUISIANA**
**PARISH OF VERMILION**

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the state and parish aforementioned, personally came and appeared Sean P. Rabalais, Attorney at Law, 105 Tivoli Street, Abbeville, Louisiana, 70510, who after being duly sworn said that:

1. On June 22, 2026, he served a certified copy of the *Petition for Damages* and *Request for Notice of Court Dates* in this action under the Louisiana Long Arm Statute, La. R.S. 13:3201 et seq, pursuant to 13:3204, by FedEx, which tracking confirms receipt by the Defendant, Corporation Trust Company received by L. Vitalo on June 23, 2026.
2. Documentation evidencing the foregoing is attached hereto.

Respectfully Submitted,
GABE A. DUHON, LLC

SEAN P. RABALAIS

SWORN TO AND SUBSCRIBED before me this 26th day of June 2026.

NOTARY PUBLIC

Brenda Vondenstein
Notary Public ID#51198
Vermilion Parish, Louisiana
Commission Expires at Death

ELECTRONICALLY FILED
Clerk of Court

Fed

Tracking ID: 873370268644

Delivered
Tuesday, 6/23/2026 at 9:31 am

Signed for by: L.Vitalo

GPS delivery location

→ View more details

Obtain proof of delivery

Report missing package

**From**
Gabe Duhon
105 Tivoli Street
Abbeville,LA US 70510

**To**
Corporation Trust Company
1209 Orange Street
WILMINGTON, DE US

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
Transportation Contracting Opportunities
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**LANGUAGE**
United States

ELECTRONICALLY FILED

Fed

Clerk of Court

Tracking ID: 873370268644

## Travel history

Sort by: Ascending

Monday, 6/22/26

- 7:03 AM
  Shipment information sent to FedEx
- 4:20 PM
  Picked up
  CARENCRO, LA
- 5:36 PM
  Arrived at FedEx hub
  CARENCRO, LA
- 9:28 PM
  Left FedEx origin facility
  CARENCRO, LA

Tuesday, 6/23/26

- 12:09 AM
  Arrived at FedEx hub
  MEMPHIS, TN
- 1:54 AM
  On the way
  MEMPHIS, TN
- 3:10 AM
  Departed FedEx hub
  MEMPHIS, TN
- 7:35 AM
  At local FedEx facility
  NEW CASTLE, DE
- 8:23 AM
  On FedEx vehicle for delivery
  NEW CASTLE, DE
- 9:31 AM
  Delivered
  WILMINGTON, DE

## Shipment facts

### Shipment overview

TRACKING NUMBER 873370268644

ELECTRONICALLY FILED

Fed

Clerk of Court

**SHIP DATE** 6/22/26

**STANDARD TRANSIT** 6/23/26 before 10:30 AM

**DELIVERED** 6/23/2026 at 9:31 am

## Services

**SERVICE** FedEx Priority Overnight

**TERMS** Shipper

**SPECIAL HANDLING SECTION** Deliver Weekday

## Package details

**WEIGHT** 1 lbs / 0.45 kgs

**TOTAL PIECES** 1

**TOTAL SHIPMENT WEIGHT** 1 lbs / 0.45 kgs

**PACKAGING** Your Packaging

---

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
Transportation Contracting Opportunities
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**LANGUAGE**

United States